COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-463-CV

CITIMORTGAGE, INC.
 
APPELLANT

V.

MANSFIELD INDEPENDENT SCHOOL APPELLEES

DISTRICT, CITY OF MANSFIELD, AND 

TARRANT COUNTY, TEXAS
 
 

----------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Unopposed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  December 18, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.